UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRANCE A. BARGNARE,

    Plaintiff,

v.                                    Case No. 3:25cv196-TKW-HTC

HONORABLE KERRA SMITH,
et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 6). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed under the *Rooker-Feldman* doctrine.

Indeed, the objection makes it is even more clear that Plaintiff's suit is a de facto appeal of a state court judgment because the objection argues that the state court "misapplied the law" in imposing the vehicle impoundment requirement on his initial license suspension and in denying his request to waive that requirement as a condition of reinstatement of his license. The remedy for these alleged

1

misapplications of state law is an appeal to the state appellate court, not a lawsuit in federal court. Moreover, although Plaintiff claims in the objection that he is "not seeking to overturn a state court judgment" and is merely "challenging the unconstitutional procedures that led to the continued suspension of his license," the practical effect of that challenge (and the specific relief that Plaintiff is seeking in his complaint) is a reversal of the state court judgment—which is what the *Rooker-Feldman* doctrine prohibits.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**